**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Lizandro GARCIA–BERMUDEZ,
Defendant–Appellant.**

**No. 10–10158.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 15, 2011.*

Filed March 9, 2011.

Cory Michael Picton, Esquire, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Adam N. Bleier, Law Offices of Adam N. Bleier, Tucson, AZ, for Defendant–Appellant.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

MEMORANDUM **

Lizandro Garcia–Bermudez appeals from the 63–month sentence imposed following his conviction for re-entry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Garcia–Bermudez contends that the district court procedurally erred by failing to discuss all of the 18 U.S.C. § 3553(a) factors and imposed a substantively unreasonable sentence. The district court did not procedurally err by failing to discuss each of the section 3553(a) factors. *See United States v. Carty*, 520 F.3d 984, 992 (9th Cir.2008) (en banc) (holding that a sentencing court "need not tick off each of the § 3553(a) factors"). Furthermore, given the seriousness and age of Garcia–Bermudez's prior offense, and in light of the totality of the circumstances, we conclude that the sentence is substantively reasonable. *See id.* at 993.

**AFFIRMED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.